**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SOMER BOLTON, Individually, and as** | ) | |
| **Parent and Next friend of T.B.; B.B.; K.B;** | ) | |
| **J.B.; R.B., minors,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:26-cv-00165-KD-M** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

## ORDER

This action is before the Court on Plaintiff's Motion for Extension of Time to Complete Service. (Doc. 5). Plaintiff requests an extension of the service deadline to allow service to be completed "within the next thirty (30) days," which would be thirty days from the date the motion was filed. (Id. at 1). Upon consideration, and for the reasons below, the motion is **GRANTED**.

Federal Rule of Civil Procedure 4(m) provides a 90-day deadline for a plaintiff to serve a defendant. Fed. R. Civ. P. 4(m). A district court "must extend the time for service" if "the plaintiff shows good cause for the failure" to serve by the deadline. Id. "Good cause generally will be found only where the insufficiency of service resulted from circumstances beyond the plaintiff's control." 1 Steven S. Gensler, Federal Rules of Civil Procedure, Rules and Commentary § 4:89 (2025). However, "Rule 4(m) grants discretion to the district court to extend the time for service of process even in the absence of a showing of good cause." Horenkamp v. Van Winkle And Co., 402 F.3d 1129, 1132 (11th Cir. 2005). Here, Plaintiff's counsel appears to represent that he "mistakenly understood that the Summons would be [served] via certified mail by the Clerk." (Id. at 1).

The current Rule 4(m) deadline to complete service is August 4, 2026. Thirty days from the date the motion was filed is August 21, 2026. Given the circumstances, the Court will make a

discretionary extension of the Rule 4(m) deadline. Accordingly, **Plaintiff shall file proof of service on the defendant on or before August 21, 2026.**

**DONE** and **ORDERED** this **24th** day of **July 2026.**

 /s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**